UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOHN NASH,                                                 :
:
                        Plaintiff,                         :
:       24-CV-5412 (VSB)
          -against-                                :
:       **ORDER**
FOXO TECHNOLOGIES INC.,                                    :
:
                        Defendant.                        :
:
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on July 17, 2024 (Doc. 1) and filed an affidavit of service on July 22, 2024 (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was August 9, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 26, 2024. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 12, 2024
             New York, New York

                                                          _____
                                                           VERNON S. BRODERICK
                                                           United States District Judge