UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                     :
JOHN NASH,                                          :

                                Plaintiff,          :
                                                      :          24-CV-5412 (VSB)
                  -against-                       :
                                                        :            **<u>ORDER</u>**
                                                        :
FOXO TECHNOLOGIES, INC.,           :

                                Defendant.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The Clerk of the Court has entered a Certificate of Default in this matter.  (Doc. 10.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.  Failure to take action may result in the case being dismissed for failure to prosecute.

SO ORDERED.

Dated:  August 22, 2024
           New York, New York

                                                                  Vernon S. Broderick
                                                                    United States District Judge