UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
John Nash,                                                 :
:
:
                        Plaintiff,   :
:        24-CV-5412 (VSB)
       - against -                                        :
:        **ORDER**
:
FOXO Technologies, Inc.,                                   :
:
                        Defendant.   :
:
-----------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

      A telephonic conference for Defaulting Defendant FOXO Technologies, Inc. to show cause why an order should not be entered for an entry of a default judgment is scheduled for December 12, 2024 at 2:00 P.M. The parties are advised that the Court's former dial-in number is no longer in service. The new dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**. There is no attendee ID.

SO ORDERED.

Dated: December 4, 2024
       New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge