UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOHN NASH, :
:
               Plaintiff, :
: 24-cv-5412 (VSB)
     -v- :
: **ORDER**
:
FOXO TECHNOLOGIES, INC., :
:
              Defendant. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

In accordance with my comments at the Order to Show Cause telephonic conference on December 12, 2024, it is hereby:

ORDERED that default judgment as to liability is entered in favor of Plaintiff and against Defendant FOXO Technologies, Inc.  This case will be referred to the magistrate judge for an inquest on damages and to determine whether any other relief is warranted.

SO ORDERED.

Dated:    December 12, 2024
            New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge

1